7

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-092 |
| | § | |
| HAROLD L. JONES | § | |

---

## DEFENDANT'S ORIGINAL ANSWER

---

Defendant, HAROLD JONES, files this original answer to Claimant, DIRECTV, INC.'s original complaint.

### A. Admissions & Denials

1.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 1.

2.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 2.

3.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 3

4.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 4.

5.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 5.

6.  Defendant Denies Sentence 4 and is without knowledge or information sufficient

to form a belief as to the truth of the remaining allegations of paragraph 6.

7.  Defendant denies the allegations in paragraph 7.

8.  Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 7 of this Original Answer as if fully set forth herein.

9.  Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 9.

10. Defendant denies the allegations in paragraph 10.

11. Defendant denies the allegations in paragraph 11.

12. Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 11 of this Original Answer as if fully set forth herein.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 13.

14. Defendant denies the allegations in paragraph 14, 14(a), 14(b), 14(c), 14(d), 14(e).

15. Defendant denies the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16.

17. Defendant denies the allegations in paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant denies the allegations in paragraph 19.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of Sentence 1, but denies the remaining allegations in paragraph 20.

21.   Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 21 of this Original Answer as if fully set forth herein.

22.   Defendant denies the allegations in paragraph 22.

23.   Defendant denies the allegations in paragraph 23.

24.   Defendant denies the allegations in paragraph 24.

25.   Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 24 of this Original Answer as if fully set forth herein.

26.   Defendant denies the allegations in paragraph 26.

27.   Defendant denies the allegations in paragraph 27.

28.   Defendant denies the allegations in paragraph 28.

29.   Defendant denies the allegations in paragraph 29.

30.   Defendant denies the allegations in paragraph 30.

31.   Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 31 of this Original Answer as if fully set forth herein.

32.   Defendant denies the allegations in paragraph 32.

33.   Defendant denies the allegations in paragraph 33.

34.   Defendant denies the allegations in paragraph 34.

35.   Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 34 of this Original Answer as if fully set forth herein.

36.   Defendant denies the allegations in paragraph 36.

37.   Defendant denies the allegations in paragraph 37.

38.    Defendant denies the allegations in paragraph 38.

39.    Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 38 of this Original Answer as if fully set forth herein.

40.    Defendant denies the allegations in paragraph 40.

41.    Defendant denies the allegations in paragraph 41.

42.    Defendant denies the allegations in paragraph 42.

43.    Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 42 of this Original Answer as if fully set forth herein.

44.    Defendant denies the allegations in paragraph 44.

45.    Defendant denies the allegations in paragraph 45.

46.    Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 45 of this Original Answer as if fully set forth herein.

47.    Defendant denies the allegations in paragraph 47.

48.    Defendant denies the allegations in paragraph 48.

49.    Defendant denies the allegations in paragraph 49.

50.    Defendant denies the allegations in paragraph 50.

### B. Affirmative Defense

51.    Defendant reasserts and hereby incorporates by reference the foregoing paragraphs 1 through 50 of this Original Answer as if fully set forth herein.

52.    Even if Plaintiff proves the allegations in its complaint, Defendant is not liable to Plaintiff because the statute of limitations has run on Plaintiff's claims.

53.    Plaintiff is without standing to bring certain claims under 18 U.S.C. §2510, et seq.

C. Prayer

For these reasons, Defendant asks the court to enter judgment that Plaintiff take

nothing, dismiss Plaintiffs suit with prejudice, assess costs against Plaintiff, and award

Defendant all other relief to which he is entitled.

Respectfully submitted,

J. EDWARD MANN, JR. & ASSOCIATES

Jason R. Mann
State Bar No. 24004793
Federal Bar No. 23543
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument has been forwarded
to all parties and counsel of record on this the /6 day of September, 2003..

Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren Street.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: 956-542-7441
Facsimile: 956-541-2170

Jason R. Mann

Defendant's Original Answer - Page 5 of 5 pages