COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | B Pinales | |
| CSO | : | T Yanez | |
| Law Clerk | : | M Knicely | |
| Interpreter | : | not needed | |
| Date | : | **September 17, 2003 at 2:00 p.m.** | |

United States District Court
Southern District of Texas
FILED

SEP 17 03

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-92**

**DIRECTV, INC.**              *          Lecia Chaney

vs                            *

Harold L Jones                *          Jason Mann

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Jason Mann present for the Defendant;
No other parties are present;

The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.