```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   B Pinales                         United States District Court
CSO                :   Figueroa                          Southern District of Texas
Law Clerk          :   M Knicely                                  FILED
Interpreter        :   not needed                         OCT 3 1 2003
Date               :   October 31, 2003 at 9:00 a.m..
                                                         Michael N. Milby
                                                         Clerk of Court
```

**CIVIL CASE NO. B-03-92**

DIRECTV, INC.                    *              Lecia Chaney

vs                               *

Harold L Jones                   *              Jason Mann

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Jason Mann present for the Defendant;

Counsel agreed on trial dates and have executed and filed a Consent to Proceed before a Magistrate Judge;

Court adjourned.