/0

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

DIRECTV, INC.            §

VS                       §   CIVIL ACTION NO.   B-03-092
                                                ~~(Judge Tagle)~~ 636(c)
HAROLD J JONES           §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.   ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties.*

   United States District Court
   Southern District of Texas
   ENTERED
   NOV 0 4 2003
   Michael N. Milby, Clerk of Court
   By Deputy Clerk

3. The plaintiff(s)' experts will be named with a report furnished by:   12/01/03

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   12/15/03

5. Discovery must be completed by:   02/02/04
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery*

********************   The court will provide these dates.   ********************

6. Dispositive Motions will be filed by:   02/02/04

7. Joint pretrial order is due:   02/17/04
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge ~~Tagle~~ Recio is set for ~~1:30~~ 2:00 p.m. on:   04/01/04

9. The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:   04/05/04

The case will remain on standby until tried.

Signed __OCTOBER 31, 2003__, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge