# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

**DIRECTV, INC.**

vs

**HAROLD L. JONES**

\*    C.A. NO. **B-03-092**

\*

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2003

Michael N. Milby, Clerk of Court
Deputy Clerk

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Lecia Chaney | Direct V | 10/31/03 |
| Jason R. Mann | HAROLD L. JONES | 10-31-03 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date

_____
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**