United States District Court
Southern District of Texas
FILED

NOV 1 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-092 |
| | § | |
| HAROLD L. JONES | § | |

## INITIAL DISCLOSURES

Defendant, HAROLD L. JONES, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

### A. Individuals with Discoverable Information

1. The name, address, and telephone number of individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings include:

Harold Jones
Rf. 2, Box 244-A
Harlingen, TX 78552

Mr. Jones is the Defendant in the above-referenced matter.

Scott Madvig
c/o Kevin Hizon, Law Offices of Curtis C. Chen & Associates
777 Center Ave., Suite 560
Huntington Beach, CA 92647

Bruce Turner
c/o Karl Huish
Huish, Campbell
4647 N. 32nd Street, Suite 201
Pheonix, AZ 85018

Scott McNeal
McNeal Investigations
30011 Ivy Glenn, Suite 114
Laguna Niguel, CA 92677

Steven P. Hutt
c/o Charles Wagman
Wagman Sherkin
756 A Queen Street East, Suite 200
Toronto, Ontario, M4M 1H4

James E. Wells
Office of Signal Integrity
DIRECTV, Inc.
c/o Rodriguez, Colvin & Chaney
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522
956-542-7441

Derek Trone
c/o Anne Marie Healy
Law Office of Anne Marie Healy
1108 West 5th Street
Santa Ana, CA 92703

Art J. Deery
c/o Robert G. Riffner
Riffner, Barber, Scott & Stephanowichz
1920 North Thoreau Drive, Suite 100
Schaumburg, IL. 60173
847-303-0107

Daniel S. Deery
c/o Caryn Brottman Sanders
26074 Avenue Hall, Suite 15
Valencia, CA 91355
661-775-9296

Jerad Forcier
c/o Stephan J. Johnson
Attorney at Law
9333 Baseline Rd., Suite 250
Rancho Cacumonga, CA 91730

The above individuals and entities have knowledge concerning the design distribution and use of pirate access devices, creation of business records related to shipments for various companies selling equipment through internet websites and creation of and investigation into documents related to items allegedly purchased by Defendant.

B. Relevant Documents & Tangible Things

    2. Attached are copies of all documents, data compilations, and tangible things in (party)'s possession, custody, or control that (party) believes are relevant to disputed facts alleged with particularity in the pleadings.

None

### C. Information Related to Calculation of Damages

3. Attached is a computation of Defendant's damages. All non-privileged documents upon which this computation is based are attached.

None

### D. Insurance

4. All insurance agreements required to be disclosed are described below:

None

Respectfully submitted,

EDWARD MANN, JR. & ASSOCIATES

_____
Jason R. Mann
State Bar No. 24004793
222 E. Van Buren, Suite 701
P. O. Box 231
Harlingen, Texas 78551-0231
Telephone: 956/428-4114
Facsimile: 956/428-9494
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been forwarded to all parties and counsel of record on this the ___ day of November, 2003.

| | |
|---|---|
| Lecia L. Chaney<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 E. Van Buren St.<br>P.O. Box 2155<br>Brownsville, TX 78522<br>Telephone: 956-542-7441<br>Facsimile: 956-541-2170 | CMRRR#7003 0500 0002 3840 2899 |

Of Counsel:

| | |
|---|---|
| Joe A.C. Fulcher<br>Kelly-Ann F. Clarke<br>Robert A. Swofford<br>Joseph R. Russo, Jr.<br>Greer, Hearz & Adams, LLP<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550<br>Telephone: 409-797-3200<br>Facsimile: 409-766-6484 | CMRRR#7003 0500 0002 3840 2905 |

_____
Jason R. Mann