# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-092 |
| | * | (636(c)) |
| HAROLD L. JONES | * | |

## ORDER

Since a notice of settlement has been filed in the above-captioned cause of action,

the final pretrial set for August 5, 2004, is hereby CANCELLED.  The final pretrial is hereby

reset to September 1, 2004, at 2:00 p.m., and the jury selection is reset from August 9,

2004, to September 2, 2004, at 9:00 a.m.

DONE at Brownsville, Texas, on 4th day of August 2004.


Felix Recio
United States Magistrate Judge