*19*

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Vasquez |
| CSO | : | Figueroa |
| Law Clerk | : | M Knisely |
| Interpreter | : | not needed |
| Date | : | **September 1, 2004 at 2:35 pm** |

United States District Court
Southern District of Texas
FILED

SEP 0 1 2004

Michael N. Milby
Clerk of Court

------------------------------------------------------------

**CIVIL CASE NO. B-03-92**

| | | |
|---|---|---|
| **DIRECTV, INC.** | * | Lecia Chaney |
| vs | * | |
| Harold L Jones | * | Jason Mann |

------------------------------------------------------------

### F I N A L   P R E T R I A L

Lecia Chaney present for Plaintiff;
Counsel states funds have been exchanged and settlement does exist in this case;


Court adjourned.