IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., Plaintiff, | § § § |
| V. | § § CIV. No. B-03-092 |
| HAROLD L. JONES Defendant. | § § § |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **HAROLD L. JONES**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **HAROLD L. JONES** be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **HAROLD L. JONES** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

**ATTORNEYS FOR PLAINTIFF,
DIRECTV, INC.**

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

**Jason R. Mann**
Law Office J. Edward Mann, Jr.
222 E. Van Buren, Suite 701
Harlingen, Tx 78551-0231
*Attorney for Defendant Harold L. Jones*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the **24** day of September, 2004.

_____
Lecia L. Chaney